UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONNA ANN PEKARSKY and
HOWARD SHIEBER,
              Plaintiff(s),

v.

R.A.B. FOOD GROUP, LLC,
              Defendant(s).
                                              /

CASE NO. CV14-04173 JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒ other requested deadline  90 days from the date Defendant responds to the Complaint

Dated: December 17, 2014                                       /s/ Ryan L. Thompson
                                                                       Attorney for Plaintiff
                                                                       Ryan L. Thompson
                                                                       Watts Guerra LLP


American LegalNet, Inc.
www.FormsWorkFlow.com

Dated: December 17, 2014                              /s/ William L. Stern
                                                     Attorney for Defendant
                                                     William L. Stern
                                                     Morrison & Foerster LLP

CONTINUE TO FOLLOWING PAGE


American LegalNet, Inc.
www.FormsWorkFlow.com

**[PROPOSED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.
☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: December 19, 2014



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com